944

Núm. 8543.—Vélez, aplte. *v.* P. R. Ry., Lt. & P. Co., aplda.—C. D. San Juan. Junio 2, 1942.

Por cuanto, con fecha 1 de julio de 1941 la Corte de Distrito de San Juan dictó sentencia en el presente caso desestimando la demanda;

Por cuanto, con fecha 1ro. de agosto del mismo año la demandante radicó su escrito de apelación y el 8 del mismo mes solicitó la transcripción de la evidencia, habiéndose ordeado su preparación cuatro días más tarde;

Por cuanto, hasta la fecha la demandante no ha radicado la transcripción de la evidencia en la corte inferior;

Por cuanto, la demandada radicó en este Tribunal una moción solicitando se desestime el recurso por abandono, moción que fué notificada a los abogados de la parte contraria, señalándose la vista de la misma para el día primero del actual, fecha en la que sólo compareció la demandada a sostener su moción;

Por tanto, vistos los autos de este caso y el artículo 59 del Reglamento de este Tribunal, se declara con lugar la moción de la demandada y en su consecuencia se desestima por abandono el recurso.

Núm. 8484.—Martínez, aplte. *v.* Buscaglia, Tes., et al., apldo.—C. D. San Juan. Junio 16, 1942.

Por cuanto, no habiéndose radicado alegato en el presente caso ni solicitado prórroga para radicarlo este Tribunal dictó resolución el 27 de mayo de 1942 ordenando que la parte apelante compareciera a la sesión de este Tribunal el día 3 del corriente mes, a las dos p. m., a fin de que expusiera las razones, si algunas tuviere, para que no se desestime el recurso por abandono;

Por cuanto, la parte apelada ha radicado moción para que el recurso sea desestimado por abandono y por frívolo;

Por cuanto, en la audiencia para mostrar causa compareció el abogado Hipólito Marcano en representación de la parte apelante y el Tribunal concedió a ésta un término de diez días para radicar su alegato, "y si no lo radicare dentro del término se desestimará el recurso";

Por cuanto, el apelante ha dejado transcurrir el término concedídole sin que haya radicado su alegato;

Por tanto, se desestima por abandono la apelación establecida en este caso contra la sentencia dictada por la Corte de Distrito de San Juan en septiembre 24, 1941.